# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:09-cr-128-MEF |
| | ) | [wo] |
| RASHEEN JAHMAL SMITH | ) | |

# ORDER

It is ORDERED that, pursuant to the Defendant's *Motion to Suppress* (Doc. 28, filed September 28, 2009), a hearing is set for **October 20, 2009 at 9:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. The United States should **file a response to Defendant's *Motion* on or before October 13, 2009.**

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

Done this 29th day of September, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE