IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:09-cr-128-MEF |
| | ) | [wo] |
| RASHEEN JAHMAL SMITH | ) | |

# ORDER

For good cause shown, the unopposed *Motion to Continue Suppression Hearing* filed by the United States (Doc. 34, Oct. 13, 2009) is **GRANTED**.

It is ORDERED that the hearing currently set in this case for October 20, 2009 at 9:00 a.m. is **reset for Tuesday, October 27, 2009 at 9:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

Done this 14th day of October, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE