IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:09-cr-128-MEF |
| ) | |
| RASHEEN JAHMAL SMITH ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's Objection to the Report and Recommendation of the Magistrate Judge (Doc. #60) filed on November 30, 2009 is overruled;

2. The Recommendation of the United States Magistrate Judge entered on November 16, 2009 (Doc. #57) is adopted;

3. The defendant's motion to suppress (Doc. #28) is GRANTED as to the statements made in connection with the November 6, 2008 stop and DENIED as to all issues.

DONE this the 16th day of December, 2009.

                                                    /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE