AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | **Judgment in a Criminal Case** (WO) |
| v. | | (For **Revocation** of Probation or Supervised Release) |
| RASHEEN JAHMAL SMITH | **AMENDED** | SECOND REVOCATION JUDGMENT |

Case No.  2:09cr128-MEF-01

USM No. 12795-002

Donnie Bethel
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1, 3, 4, 5  of the Amended Petition of 5/29/13.

☑ was found in violation of condition(s)  2, 6, and 7  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to refrain from the unlawful use of controlled | 04/30/2013 |
| | Substance | |
| 2 | Defendant failed to refrain from the possession of a firearm | 05/28/2013 |
| | ammunition destructive device or any other dangerous weapon | |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2088

Defendant's Year of Birth:  1985

City and State of Defendant's Residence:
Clio, AL

04/22/2014
_____
Date of Imposition of Judgment

_____
Signature of Judge

Mark E. Fuller, U.S.District Judge
_____
Name and Title of Judge

23 APRIL 2014
_____
Date

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page    2    of    3

DEFENDANT: RASHEEN JAHMAL SMITH
CASE NUMBER: 2:09cr128-MEF-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Defendant failed to submit truthful and complete written reports within the first five days of the each month | 04/30/2013 |
| 4 | Defendant failed to notify the probation officer at least 10 days prior to any change in residence or employment | 01/31/2013 |
| 5 | Defendant failed to follow the instructions of the probation officer | 05/28/2013 |
| 6 | Defendant failed to refrain from the unlawful possession of a controlled substance | 05/28/2013 |
| 7 | Defendant failed to refrain from excessive use of alcohol and from the purchase, possession, use, distribution, or the administration of any controlled substance or any paraphernalia related to any controlled substances | 05/28/2013 |

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT: RASHEEN JAHMAL SMITH
CASE NUMBER: 2:09cr128-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Fourteen (I4) Months.  The term of supervised release imposed on 10/16/2012 is REVOKED.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL